IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEVONTA J. MONROE,               )
                                 )
                Plaintiff,       )
                                 )
        v.                       )       1:24CV770
                                 )
JAMIE ADAMS, et al.,             )
                                 )
                Defendants.      )

## ORDER

On October 31, 2024, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendant Mitchell Johnson, all of the official capacity claims, the First Amendment claims, and the equal protection claim as to Defendant Jamie Adams are dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim on which relief may be granted or seeking monetary damages from a defendant with immunity from such relief, but that Plaintiff's individual capacity due process claims and conspiracy claims are allowed to proceed against Defendants Jeffrey R. Cooke, Jeremy White, and Jamie Adams and

that his individual capacity equal protection claims are allowed to proceed against Defendants Jeffrey R. Cooke and Jeremy White.

                                            /s/   Thomas D. Schroeder
                                          United States District Judge

November 25, 2024